# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY DIVISION

**JOHN T. VIARS,**

    Plaintiff,

v.                                                  Civil Action No. 5:15-cv-15410
                                                      Honorable Irene C. Berger

**GREENBRIER MINERALS, LLC**
**and NATHAN BRADA,**

    Defendants.

## DEFENDANT GREENBRIER MINERALS, LLC'S
## MOTION FOR SUMMARY JUDGMENT

Comes now the Defendant, Greenbrier Minerals, LLC ("Greenbrier Minerals"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves that this Court enter an Order granting summary judgment in its favor for the reasons set forth in detail in the accompanying Memorandum in Support.

                                                     Respectfully submitted,

                                                     **GREENBRIER MINERALS, LLC**
                                                     By Counsel

                                                     /s/ William E. Robinson
                                                     William E. Robinson (WV State Bar #3139)
                                                     Katherine B. Capito (WV State Bar #11633)
                                                     Dinsmore & Shohl LLP
                                                     P.O. Box 11887
                                                     707 Virginia Street, East, Suite 1300
                                                     Charleston, WV 25339-11887
                                                     Telephone  (304) 357-0900
                                                     Facsimile   (304) 357-0919
                                                     william.robinson@dinsmore.com
                                                   katherine.capito@dinsmore.com

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**JOHN T. VIARS,**

    Plaintiff,

v.                                          Civil Action No. 5:15-cv-15410
                                            Honorable Irene C. Berger

**GREENBRIER MINERALS, LLC
and NATHAN BRADA,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I, William E. Robinson, do hereby certify that the foregoing **Defendant Greenbrier Minerals, LLC's Motion for Summary Judgment** was served upon counsel of record via the CM/ECF Court System and U.S. Mail, postage prepaid, on this the 12th day of September, 2016:

Richard W. Walters, Esquire
Shaffer & Shaffer, PLLC
P.O. Box 3973
Charleston, WV 25339
*Counsel for Plaintiff*

    /s/ William E. Robinson
    William E. Robinson (WV State Bar #3139)