IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

JOHN T. VIARS,

        Plaintiff,

v.                                  CIVIL ACTION NO. 5:15-cv-15410

GREENBRIER MINERALS, LLC,

        Defendant.

### ORDER OF DISMISSAL

The Court has reviewed the proposed *Agreed Order of Dismissal* (Document 61), filed on January 27, 2017, wherein the Plaintiff, John T. Viars, and the Defendant, Greenbrier Minerals, LLC, by their respective counsel, notify the Court that the above-styled action has been compromised and settled.

Wherefore, after careful consideration, the Court **ORDERS** that this matter be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket. The Court further **ORDERS** that any pending motions be **TERMINATED AS MOOT.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                ENTER:        February 8, 2017

*[Signature]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA